AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

| UNITED STATES | | | | | **EXHIBIT AND WITNESS LIST** | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| CAESAR MERCEDES | | | | | Case Number: 04-858-MBB | |
| NOEL HERNANDEZ | | | | | | |
| PRESIDING JUDGE  BOWLER | | | PLAINTIFF'S ATTORNEY  ROBERT PEABODY | | DEFENDANT'S ATTORNEY  M. ANDREWS, P. HORSTMANN | |
| TRIAL DATE (S)  7/19/04 | | | COURT REPORTER  DIGITAL | | COURTROOM DEPUTY  SACCOCCIO | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|  |  | 7/19/04 |  |  | SP. AGENT CHRISTOPHER DIORIO | |
| 1 |  | 7/19/04 | X | X | AFFIDAVIT | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1     Pages