UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>04-10319-WGY</u>

**UNITED STATES**
**Plaintiff**

v.

**NOEL HERNANDEZ**
**Defendant**

## SCHEDULING ORDER

**YOUNG, C.J.**

An initial status conference in accordance with LR 116.5 was held on  12/13/04

Any substantive motions are to be filed by   2/1/05  . See LR 116.3(E) and (H).

Response to any motion is to be filed on or before   2/15/05       See LR 116.3(l).

A Final Pretrial Conference will be held on   4/6/05 @2PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/6/05

A tentative trial date has been set for 5/9/05

The time between   12/13/04     and     5/9/05    is excluded in the interest of justice.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**December 13, 2004To: All Counsel**