REQUESTED BY: DIORIO CHRISTOPHER W
OFFICIAL USE ONLY

|  DEPARTMENT OF THE TREASURY  |  |
|---|---|
| UNITED STATES CUSTOMS SERVICE | 1. TECS ACCESS CODE 3 |
| REPORT OF INVESTIGATION | 2. PAGE   1 |

. TITLE: NAVARRO, FRANCISCO ET AL

. CASE STATUS:    INIT RPT

| . REPORT DATE | 7. DATE ASSIGNED | 8. ██ | 9. ██ | 10. REPORT NO. |
|---|---|---|---|---|
| 083104 | 071504 |  |  | 001 |

1. RELATED CASE NUMBERS:

2. COLLATERAL REQ:

3. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: ARREST OF FRANCISCO NAVVARO, CESAR MERCEDES, AND NOEL HERNANDEZ

14. SYNOPSIS:

On July 13, 2004, Francisco NAVARRO and Cesar MERCEDES arrived at Logan International Airport in Boston, MA on American Airlines Flight 2084, from Santa Domingo, DR. Both passengers were selected for a secondary Customs border inspection. During the course of the inspection with Customs and Border Protection Inspectors, both MERCEDES and NAVARRO independently admitted to attempting to internally smuggle narcotics into the United States. NAVARRO also stated that he was body carrying an additional 21 pellets in his groin area. MERCEDES and NAVARRO were transported to Whidden Memorial Hospital. MERCEDES passed 40 pellets and NAVARRO passed 29.

MERCEDES and NAVARRO were placed under arrest for violation of 21 USC 963, Conspiracy to Import a Controlled Substance into the United States.

| 15. DISTRIBUTION: | 16. SIGNATURE: |
|---|---|
| ACBO CACX | DIORIO           CHRISTOPHE W    SPECIAL AGENT |
|  | 17. APPROVED: |
|  | NAGLE         JAMES       P  OI GRP SUPERVISOR |
|  | 18. ORIGIN OFFICE: BO      19. ██ |
|  | BOSTON, MA - SAC |
|  | 20. TYPIST: DIORIO |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
         DEPARTMENT OF THE TREASURY        |1. PAGE    2
         UNITED STATES CUSTOMS SERVICE     |
                                           |2. CASE NUMBER ███████████
    REPORT OF INVESTIGATION                |
            CONTINUATION                   |3. REPORT NUMBER: 001
```

███████████████████████████████████████████████████████

OFFICIAL USE ONLY
IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
RVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
         DEPARTMENT OF THE TREASURY          |1. PAGE    3
         UNITED STATES CUSTOMS SERVICE       |
                                             |2. CASE NUMBER ▓▓▓▓▓▓▓▓▓
    R E P O R T  O F  I N V E S T I G A T I O N |
           C O N T I N U A T I O N           |3. REPORT NUMBER: 001
```

DETAILS OF INVESTIGATION:

On July 13, 2004, Francisco NAVARRO and Cesar MERCEDES arrived at Logan International Airport in Boston, MA on American Airlines Flight 2084, from Santa Domingo, DR. Both passengers were selected for a secondary Customs border inspection and escorted to separate areas of the inspection floor.

MERCEDES and NAVARRO were traveling on cash tickets purchased by a third party (later identified as Noel HERNANDEZ) from Union Travel in Lynn, MA. Both parties departed San Juan, PR on July 10, 2004 and traveled to Santa Domingo, DR for three days before continuing on to Boston, MA. Neither party had a ticket to return back to San Juan, PR. On the original reservation NAVARRO and MERCEDES were to travel to Boston with a lay over in San Juan, PR. However the reservation was changed and NAVARRO and MERCEDES flew directly from Santa Domingo, DR to Boston, MA.

During MERCEDES secondary examination he stated he was coming to Boston to do tile work for someone named Miguel he meet in Puerto Rico. MERCEDES stated he was to be picked up by Miguel, but did not know Miguel's last name and had no way to contact him. Agents failed to find anyone named Miguel in the passenger pick up area. MERCEDES claimed he was traveling alone and that he did not know anyone else on the plane in spite of the reservation information that stated NAVARRO and MERCEDES were traveling together. During the course of the inspection, Inspectors noted that MERCEDES was shaking and swallowing hard. They also noted that he appeared to be very nervous. MERCEDES eventually admitted that he ingested approximately 40 pellets of what he believed to be cocaine. MERCEDES was then transferred to Whidden Memorial where he passed a total of 40 pellets which contents field tested positive for heroin.

During NAVARRO's inspection he stated the he was going to visit a friend in Boston for a few days and then continue on to New York were he was to visit with more friends. NAVARRO also stated he was traveling alone and that he knew no one else on the plane. A check of the reservation showed not only that MERCEDES was on the same reservation but also that NAVARRO and MERCEDES sat together on the plane. NAVARRO also stated that he was to be picked up in Boston by a friend named Noel HERNANDEZ. NAVARRO gave a description of HERNANDEZ and provided agents with a phone number (857-427-3142) to reach him (this is the same number provided on the reservation as contact number in the Boston area). During the course of the questioning NAVARRO admitted to the Inspectors that he had a bag containing 21 pellets concealed in his groin

                    O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS SERVICE TOGETHER WITH A COPY OF THE DOCUMENT.

```
                                              OFFICIAL USE ONLY
        DEPARTMENT OF THE TREASURY          | 1. PAGE    4
        UNITED STATES CUSTOMS SERVICE       |
                                            | 2. CASE NUMBE[REDACTED]
   R E P O R T   O F   I N V E S T I G A T I O N  |
           C O N T I N U A T I O N          | 3. REPORT NUMBER: 001
```

...ea. The pellets field tested positive for Heroin. NAVARRO also later ...mitted he swallowed an additional 29 pellets. NAVARRO was then transported ... Whidden Memorial Hospital and passed the 29 pellets, which field-tested ...sitive for Heroin.

...n an attempt to locate HERNANDEZ, agents went to the passenger pick up area ...d Special Agent (S/A) Christopher Diorio called the number given by NAVARRO. ... male with a Hispanic accent later identified as Noel HERNANDE answered. ...A Diorio told the HERNANDEZ that he was with his friend and asked HERNANDEZ ...he was at the airport. HERNANDEZ said yes he was at terminal "B" and then ...ked who is this. S/A Diorio told HERNANDEZ he was with his friend and he ...eded to come to terminal "E". HERNANDEZ said he would be right there, don't ...ave.

...ents proceeded to the curb area of terminal "E". After approximately 5 ...nutes agents observed a man fitting the description of HERNANDEZ drive by in ... white station wagon. S/A Diorio called the number given by NAVARRO again ...d observed the man in the station wagon answer his phone. S/A Diorio made ...all talk with HERNANDEZ until he was able to get close enough to the station ...gon to confirm that HERNANDEZ was in fact the driver on the phone. ...RNANDEZ had pulled over near the end of terminal "E" where SAC/Boston agents ...ong with Massachusetts State Police (MSP) approached him. HERNANDEZ then ...epped out of his car and was asked for identification. HERNANDEZ produced a ... driver's license and a Permanent Resident Alien card, both in the name of ...el HERNANDEZ. HERNANDEZ was asked why he was at the airport and he replied ... was there to pick-up an adult (a person he identified as "Luis") and two ...ildren for a friend named Medina. HERNANDEZ stated that he had no way to ...ntact these people and did not know what they looked like. He said he was ... drop them in Maverick Square in East Boston. HERNANDEZ stated that he had ...rked for Delta Airlines at Logan Airport and provided a picture of himself ... the ramp.

...ior to NAVARRO being transported to Whidden Memorial Hospital agents placed ...e picture provided by HERNANDEZ in front of NAVARRO. NAVARRO immediately ...inted to the image of HERNANDEZ and stated "that's Noel".

...ring the course of the interview with HERNANDEZ he gave consent to S/A ...orio to inspect his wallet. During the inspection S/A Diorio discovered a ...e-dollar bill folded up in a small pocket of the wallet. The dollar was ...und to contain a white powdery substance that later tested positive for ...caine. HERNANDEZ immediately stated that it was cocaine for personal use.

...P placed HERNANDEZ under arrest for violations of MA State Law. MSP Sgt. ...t. Mark Marron conducted a pat down pursuant to the lawful arrest. The pat ...wn of a pant pocket produced a white envelope with a Union Travel logo. The

                    O F F I C I A L   U S E   O N L Y
...IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF
...E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR
...FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS
...RVICE TOGETHER WITH A COPY OF THE DOCUMENT.

|  DEPARTMENT OF THE TREASURY  UNITED STATES CUSTOMS SERVICE | 1. PAGE   5 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 3. REPORT NUMBER: 001 |

ivelope contained a copy of MERCEDES and NAVARRO's original itinerary, which ated MERCEDES and NAVARRO were to arrive at terminal "B". Also contained in e envelope was a hand written cash receipt for MERCEDES and NAVARRO's ckets, along with a computer-printed receipt for each traveler.

. July 14, 2004 Noel HERNANDEZ was placed under arrest for violation of 21 C 963 Conspiracy to import a controlled substance into the United States.

vestigation continues.

OFFICIAL USE ONLY

IS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF E US CUSTOMS SERVICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR FORMATION CONTAINED HEREIN SHOULD BE REFERRED TO HEADQUARTERS, US CUSTOMS RVICE TOGETHER WITH A COPY OF THE DOCUMENT.