UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES                                        )
                                                                  )
v.                                                                 )
                                                                  )    Criminal No.: 04 CR 10319 WGY
NOEL HERNANDEZ,                                )
    Defendant.                                          )
_____)

### DEFENDANT NOEL HERNANDEZ'S MOTION FOR FUNDS FOR TRANSCRIPT OF CODEFENDANTS' RULE 11 HEARINGS

    NOW COMES the Defendant, Noel Hernandez, "Hernandez"), through counsel, and respectfully moves this Honorable Court to authorize funds for the transcription of the Rule 11 Hearings ofernandez's codefendants in the above-referenced case. The undersigned counsel has been appointed by the Court. It is respectfully submitted that the transcripts contain admissions of the codefendants who may be called to testify at Hernandez's trial. The transcripts are necessary for the undersigned counsel to adequately prepare for trial and to ensure the Defendant does not suffer any prejudice caused by a financial inability to prepare his defense in the same manner as defendants with the means to pay for said transcripts.

    Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Noel Hernandez

### CERTIFICATE OF SERVICE

    I, Peter Charles Horstmann, Esquire, hereby certify that on this 24th day of March, 2005, a copy of the foregoing DEFENDANT NOEL HERNANDEZ'S MOTION FOR FUNDS FOR TRANSCRIPT OF CODEFENDANTS' RULE 11 HEARINGS was served, electronically upon William Bloomer, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire