```
 1                 UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                            Criminal No.
 3                                          04-10319-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   MOTION TO SUPPRESS
     v.                             *       (Volume 1)
 7                                  *
     NOEL HERNANDEZ                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                            District Judge

12

13

14   APPEARANCES:

15          DAVID TOBIN and NANCY RUE, Assistant United
        States Attorneys, 1 Courthouse Way, Suite 9200,
16      Boston, Massachusetts 02210, on behalf of the
        Government

17

18          LAW OFFICES OF PARTRIDGE, ANKNER &
        HORSTMANN, LLP (By Peter C. Horstmann, Esq.),
19      200 Berkeley Street, 16th Floor, Boston,
        Massachusetts 02116, on behalf of the Defendant

20

21

22          GABRIEL HADAD, Court Interpreter

23
                                       1 Courthouse Way
24                                     Boston, Massachusetts

25                                     June 16, 2005
```

**I N D E X**

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| CHRISTOPHER DIORIO | | | | |
|    By Mr. Horstmann | 4 | | 28, 29 | |
|    By Mr. Tobin | | 22 | | 28 |
| PETER PASCIUCCO | | | | |
|    By Mr. Tobin | 30 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| A | Photograph | | 19 |
| B | Photograph | | 19 |