*Estado Libre Asociado de Puerto Rico*
TRIBUNAL GENERAL DE JUSTICIA
*TRIBUNAL DE PRIMERA INSTANCIA*
SALA DE INVESTIGACIONES DE BAYAMON

| | |
|---|---|
| **MADELINE RODRIGUEZ RIVERA** <br> Parte Peticionaria <br> Dirección Postal   EDIF. 41 APTO. 388 <br> RES. LAS PALMAS CATANO <br><br> **FRANCISCO J. NAVARRO PACHECO** <br> Paciente <br><br> Dirección Postal   LA MISMA | Civil Núm.  **PETFB-2004-147** <br><br> Sobre: <br><br> ADMISION INVOLUNTARIA <br> Ley Núm. 408 del 2 de octubre de 2000 <br> Ley de Salud Mental de Puerto Rico |

### MANDAMIENTO DE APREHENSION

Al Comandante de la Policía del Cuartel de CATAÑO, Puerto Rico o a cualquier Agente bajo sus órdenes:

Por la presente ORDEN se le requiere de usted que aprehenda inmediatamente a **FRANCISCO J. NAVARRO PACHECO**, tomándolo(a) bajo su custodia y presentándolo(a) al **Hospital CUALQUIER INSTITUCION PSIQUIATRICA** para su ingreso como paciente involuntario. Se le autoriza utilizar los medios legales necesarios para la aprehensión.

Dada en Bayamón, Puerto Rico, a 15 de FEBRERO de 2004.

**HECTOR VELAZQUEZ HERNANDEZ**
JUEZ MUNICIPAL

RVC

### CERTIFICACION DEL DILIGENCIAMIENTO

CERTIFICO que recibí la presente ORDEN el día ____ de _____ de 200__, y procedí a su diligenciamiento el día ____ de _____ de 200__, en _____ Puerto Rico, llevando a la persona de referencia al Hospital _____.

En Bayamón, Puerto Rico, a ____ de _____ de 200__.

_____            _____
Nombre y Título del Oficial que diligenció esta orden            Firma del diligenciante

OAT-1250 (febrero 2004)
Mandamiento de Aprehensión Admisión Involuntaria
Ley Núm. 408 del 2 de octubre de 2000
Ley de Salud Mental de Puerto Rico

Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE INVESTIGACIONES DE BAYAMON

| | |
|---|---|
| **MADELINE RODRIGUEZ RIVERA** <br> Parte Peticionaria <br> Dirección Postal   EDIF. 41 APTO. 388 <br> RES. LAS PALMAS CATAÑO <br> **FRANCISCO J. NAVARRO PACHECO** <br> Paciente <br> Dirección Postal   LA MISMA | Civil Núm.   **PETFB2004-147** <br><br> Sobre: <br> ADMISION INVOLUNTARIA <br> Ley Núm. 408 del 2 de octubre de 2000 <br> Ley de Salud Mental de Puerto Rico |

### ORDEN DE DETENCIÓN TEMPORERA PARA QUE EL(LA) PACIENTE SEA EVALUADO(A) POR UN PSIQUIATRA

Luego de ponderada la evidencia ofrecida por la parte peticionaria, el Tribunal encuentra base razonable para creer que **FRANCISCO J. NAVARRO PACHECO** puede estar sujeto(a) a una admisión involuntaria para evaluación, tratamiento y a hospitalización bajo las disposiciones de la Ley de Salud Mental de Puerto Rico y con el propósito de determinar si resulta improcedente, ordenamos al Director del Hospital de Psiquiatría del Centro Médico de Puerto Rico o de cualquier Hospital de Psiquiatría privado o psiquiatra de estas dependencias, que examine personalmente al paciente arriba indicado y determine si debe admitírsele inmediatamente e involuntariamente a la institución psiquiátrica.

Este paciente no podrá ser mantenido en la institución por más de veinticuatro (24) horas, para realizar la evaluación, observación y darle inicio al tratamiento. Esta ORDEN quedará sin efecto dentro de los tres (3) días naturales a partir de su expedición. Toda instalación o facilidad de salud mental que institucionalice o mantenga un paciente institucionalizado sin que reúna los criterios de hospitalización incurrirá en delito menos grave, según dispone en el Artículo 15.03 de la Ley Núm. 408 del 2 de octubre de 2000, conocida como la Ley de Salud Mental de Puerto Rico.

Si a base de la evaluación del psiquiatra, en consulta con el equipo inter o multidisciplinario, determinan que el paciente debe continuar hospitalizado por un término mayor de veinticuatro (24) horas, deberá expedir una certificación con tal determinación y la enviará al juez suscribiente en el término de veinticuatro (24) horas. Deberá orientar a la parte peticionaria o al representante de la institución, según aplique, para que comparezca al Tribunal con dicha certificación a solicitar una Orden de Ingreso Involuntario por un Máximo de Quince (15) días, conforme a lo dispuesto en el Artículo 4.14 de la ley antes mencionada.

Si el psiquiatra, en consulta con el equipo inter o multidisciplinario determina que el(la) paciente no reúne los criterios de hospitalización, se le dará de alta inmediatamente y se le referirá a otro nivel de cuidado si fuese necesario y se notificará al tribunal sobre tal determinación y las recomendaciones pertinentes, dentro de un término no mayor de setenta y dos (72) horas.

Los costos o gastos de ingreso del paciente a un hospital o institución privada, serán responsabilidad de la parte peticionaria y no del Tribunal General de Justicia.

Esta ORDEN será suficiente para que cualquier Agente del Orden Público o Agente de Seguridad, detenga y conduzca al paciente hasta el Hospital designado para que se le dé cumplimiento a lo aquí ordenado.

Dada en Bayamón, Puerto Rico, a **15 de FEBRERO de 2004.**

HECTOR VELAZQUEZ HERNANDEZ

Es indispensable para que todo oficial o Agente del Orden Público o Agente de Seguridad, detenga y conduzca al paciente hasta el Hospital designado para que se le dé cumplimiento a lo aquí ordenado.

Dada en Bayamón, Puerto Rico, a **15 de FEBRERO de 2004**.



**HECTOR VELAZQUEZ HERNANDEZ**
JUEZ MUNICIPAL

Certifico que notifiqué personalmente con copia de esta Orden a la parte peticionaria.
En Bayamón, Puerto Rico, a 15 de FEBRERO de 2004.

**ROSALYN VARGAS COSME**
Secretaria Auxiliar