UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES            )
                         )
v.                       )
                         )
                         )   Criminal No.: 04 CR 10319 WGY
Noel Hernandez,          )
                         )
        Defendant.       )
_____)

## NOTICE OF FILING OF TRANSLATION
## OF COMMITMENT ORDER FOR FRANCISCO NAVARRO

NOW COMES the Defendant, Noel Hernandez, through counsel, and respectfully files the translation of the Involuntary Commitment Order, which was attached as Exhibit 1 to Defendant Noel Hernandez's Emergency Motion for Production of Francisco Navarro's Psychiatric Records, to Continue Trial and Renewed Motion to Suppress In-Court and Out-or-Court Identifications and Incorporated Memorandum of Law.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street
Boston, Massachusetts 02116
(617) 859-9999

Attorney for Defendant
Noel Hernandez

### CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 6th day of July, 2005, a copy of the foregoing NOTICE OF FILING OF TRANSLATION OF COMMITMENT ORDER FOR FRANCISCO NAVARRO was served electronically upon Nancy Rue, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Suite 9200, Boston, MA 02210 and David G. Tobin, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Suite 9200, Boston, MA 02210.

Peter Charles Horstmann, Esquire