

**CENTRO PRESENTE**

Cambridge, MA 02139

(617) 497-9080 (Tel)
(617) 497-7247 (fax)
centro@cpresente.org
www.cpresente.org

Trabajando con la comunidad Centroamericana en Massachusetts

## Commonwealth of Puerto Rico

### GENERAL TRIBUNAL OF JUSTICE
### TRIBUNAL OF FIRST INSTANCE
### COURT OF INVESTIGATIONS OF BAYAMON

**MADELINE RODRIGUEZ RIVERA**
Petitioner

Civil No. PETFB-2004-147

Postal Address  EDIF. 41 APT. 388
RES. LAS PALMAS CATANO

Concerning:

**FRANCISCO J. NAVARRO PACHECO**
Patient

INVOLUNTARY ADMISSION

Postal Address  THE SAME

Law No. 408 of October 2, 2000
Law of Mental Health of Puerto Rico

### ARREST WARRANT

To the commander of the police headquarters of Cataño, Puerto Rico or to any agent under his orders:

You are required by the present order to immediately apprehend **FRANCISCO J. NAVARRO PACHECO**, taking him under your custody and presenting him to any **PSYCHIATRIC HOSPITAL OR INSTITUTION** for his admission as an involuntary patient. You are authorized to use the necessary legal means for the arrest.

Issued in Bayamon, Puerto Rico on February 15, 2004.

Hector Velazquez Hernandez
Municipal Judge

/SIGNED AND STAMPED/.

I, LAWRENCE J. THOMASES, swear that I am fluent in both English and Spanish and that this translation is true and correct to the best of my knowledge and ability.

Date: July 1, 2005

_____
Translator's Signature

MIDDLESEX COUNTY, COMMONWEALTH OF MASSACHUSETTS

Then appeared before me the aforementioned LAWRENCE J. THOMASES, and made oath that the foregoing statement was true and correct.

Cambridge, MA., 7/1/05

My commission expires: 12/17/2010

_____
Notary Public



54 Essex Street
Cambridge, MA 02139

(617) 497-9080 (Tel)
(617) 497-7247 (fax)
centro@cpresente.org
www.cpresente.org

CENTRO PRESENTE

Trabajando con la comunidad Centroamericana en Massachusetts

*Commonwealth of Puerto Rico*

## GENERAL TRIBUNAL OF JUSTICE
## TRIBUNAL OF FIRST INSTANCE
## COURT OF INVESTIGATIONS OF BAYAMON

**MADELINE RODRIGUEZ RIVERA**
Petitioner

Civil No. PETFB-2004-147

Postal Address  EDIF. 41 APT. 388
RES. LAS PALMAS CATANO

Concerning:

**FRANCISCO J. NAVARRO PACHECO**
Patient

INVOLUNTARY ADMISSION

Postal Address  THE SAME

Law No. 408 of October 2, 2000
Law of Mental Health of Puerto Rico

### ORDER OF TEMPORARY DETENTION SO THAT THE PATIENT MAY BE EVALUATED BY A PSYCHIATRIST

After having weighed the evidence offered by the petitioner, the Tribunal finds reasonable grounds to believe that **FRANCISCO J. NAVARRO PACHECO** can be subject to an involuntary admission for evaluation, treatment and hospitalization under the provisions of the Mental Health Law of Puerto Rico, and for the purpose of determining whether this may be improper, we order the director of the Hospital of Psychiatry of the Medical Center of Puerto Rico or of any private psychiatric hospital or psychiatrist of these offices to personally examine the aforementioned patient and determine if he should be admitted immediately and involuntarily to the psychiatric institution.

This patient cannot be maintained in the institution for more than twenty-four (24) hours to effectuate the evaluation, observation, and initiation of the treatment. This order will be invalid within three days of its date of issuance. Any mental health institution or facility which institutionalizes or maintains a patient institutionalized without meeting hospitalization standards will incur a misdemeanor, according to the provisions of Article 15.03 of Law No. 408 of October 2, 2000, known as the Mental Health Law of Puerto Rico.

CENTRO PRESENTE
Cambridge, MA 02139
(617) 497-9080 (Tel)
(617) 497-7247 (fax)
centro@cpresente.org
www.cpresente.org

Trabajando con la comunidad Centroamericana en Massachusetts

If on the basis of the psychiatrist's evaluation, in consultation with an interdisciplinary or multidisciplinary team, it is determined that the patient must continue hospitalized for a period of more than twenty-four (24) hours, he must issue a certification with such a determination and send it to the undersigned judge in the period of twenty-four (24) hours. He must advise the petitioner, or the representative of the institution, whoever applies, to appear at the tribunal with said certification to request an order of involuntary admission for a maximum of fifteen (15) days, in accordance with the provisions of Article 4.14 of the aforementioned law.

If the psychiatrist, in consultation with the interdisciplinary or multidisciplinary team, determines that the patient does not meet the standards for hospitalization, he will be immediately discharged and will be referred to another level of care, should it be necessary, and the tribunal will be notified of this determination and the pertinent recommendations within a period of no more than seventy-two (72) hours.

The costs or expenses of the patient's admission to a hospital or private institution will be the responsibility of the petitioner and not that of the General Tribunal of Justice.

This order will be sufficient for any agent of public order or security agent to detain and lead the patient to the designated hospital so that what is ordered here is fulfilled.

Issued in Bayamon, Puerto Rico on February 15, 2004.

Hector Velazquez Hernandez
Municipal Judge

I certify that I personally served a copy of this order on the petitioner.
In Bayamon, Puerto Rico on February 15, 2004.

Rosalyn Vargas Cosme
Assistant Secretary

/SIGNED AND STAMPED/.

I, LAWRENCE J. THOMASES, swear that I am fluent in both English and Spanish and that this translation is true and correct to the best of my knowledge and ability.

Date: July 1, 2005

_____
Translator's Signature

MIDDLESEX COUNTY, COMMONWEALTH OF MASSACHUSETTS

Then appeared before me the aforementioned LAWRENCE J. THOMASES, and made oath that the foregoing statement was true and correct.

Cambridge, MA., 7/1/05

My commission expires: 12/17/2010

_____
Notary Public