```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            04-10319-WGY

 4
      * * * * * * * * * * * * * * * *
 5                                   *
      UNITED STATES OF AMERICA       *
 6                                   *   MOTION TO SUPPRESS
      v.                             *       (Volume 2)
 7                                   *
      NOEL HERNANDEZ                 *
 8                                   *
      * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                            District Judge

12

13

14    APPEARANCES:

15           DAVID TOBIN and NANCY RUE, Assistant United
      States Attorneys, 1 Courthouse Way, Suite 9200,
16    Boston, Massachusetts 02210, on behalf of the
      Government

17

18           LAW OFFICES OF PARTRIDGE, ANKNER &
      HORSTMANN, LLP (By Peter C. Horstmann, Esq.),
19    200 Berkeley Street, 16th Floor, Boston,
      Massachusetts 02116, on behalf of the Defendant
20

21

22           GABRIEL HADAD, Court Interpreter

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      June 24, 2005
```

1                          **I N D E X**

2

3     WITNESS:              DIRECT    CROSS     REDIRECT    RECROSS

4     FRANCISCO NAVARRO

5        By Mr. Tobin         4                    37

6        By Mr. Horstmann              11

7
                                                 FOR        IN
8     EXHIBITS:                                  I.D.       EVID.

9

10    C    Newspaper Article . . . . . . . . . . . . . .  40

11    D    Phone Records . . . . . . . . . . . . . . . .  41

12

13

14

15

16

17

18

19

20

21

22

23

24

25