# United States District Court

DISTRICT OF _____

US v. Noel Hernandez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 04-10319-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Tobin, Rue | Horstmans |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 6/16/05 |  |  | Christopher Diorio |
|  |  |  | A |  | Copy of photo of Noel Hernandez |
|  |  |  | B |  | Copy of " " " " |
|  |  |  |  |  | Peter Parciucco |
|  |  | 6/24/05 |  |  | Francisco Navarro |
|  |  |  | C |  | Newspaper |
|  |  |  | D |  | Subscriber information AT&T Wireless |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages