```
 1                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10319-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *        ORDER
 7                                  *
     NOEL HERNANDEZ                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
            BEFORE:  The Honorable William G. Young,
11                           District Judge

12

...

23
                                     1 Courthouse Way
24                                   Boston, Massachusetts

25                                   July 13, 2005
```

```
 1              (Whereupon, at the conclusion of the proceedings
 2      held in United States of America v. Michael Fuller, Criminal
 3      No. 05-10082-WGY, the following transpired:)
 4              THE COURT:  Now, before I recess I want to enter an
 5      order in another case simply to convey the data, Ms. Ortiz,
 6      because it's a criminal case and this is just a simple way
 7      of doing it.
 8              In the case of United States v. Noel Hernandez --
 9              THE CLERK:  Do you want the number?
10              THE COURT:  Yes.
11              THE CLERK:  Criminal 04-10319.
12              THE COURT:  Counsel for the government, Mr. Tobin
13      and Ms. Rue, and for the defendant, Peter Horstmann.
14              I enter the following order as I will not be in
15      court tomorrow and Friday.
16              I have reviewed the psychiatric records of
17      Francisco Navarro and I order the clerk to produce forthwith
18      to the defense certain of those records which suggest that
19      Mr. Navarro, as recently as June of this year, suffered from
20      auditory and visual hallucinations.  I say suggest because
21      it may be that these records indicate nothing more than that
22      he denies auditory or visual hallucinations, but a proper
23      preparation for trial requires certain pages be produced.
24              The remainder of the psychiatric file, which
25      includes various references to denying to be suffering from
```

```
 1    auditory or visual hallucinations is not ordered produced
 2    with this caveat.  If the government seeks to use any
 3    portion of the record not produced that portion must be
 4    produced forthwith to the defense.
 5             That's the order.  Just tell Mr. Tobin I entered
 6    that order, and Mr. Womack is going to e-mail it to the
 7    litigants.
 8             All right.
 9             MS. ORTIZ:  Thank you.
10             THE COURT:  All right.  We'll recess.
11             THE CLERK:  All rise.
12             (Whereupon the matter concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1      **C E R T I F I C A T E**

2

3

4           I, Donald E. Womack, Official Court Reporter for

5      the United States District Court for the District of

6      Massachusetts, do hereby certify that the foregoing pages

7      are a true and accurate transcription of my shorthand notes

8      taken in the aforementioned matter to the best of my skill

9      and ability.

10

11

12

13

14                    _____
                           DONALD E. WOMACK
15                        Official Court Reporter
                             P.O. Box 51062
16                   Boston, Massachusetts 02205-1062
                          womack@megatran.com
17

18

19

20

21

22

23

24

25