IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10319-WGY |
| v. ) | |
| ) | |
| NOEL HERNANDEZ, ) | |
| Defendant ) | |

**GOVERNMENT'S WITNESS LIST**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin and Nancy Rue, Assistant U.S. Attorneys, hereby submit a witness in the above-captioned case. The following individuals may be called by the United States in its case-in-chief or mentioned during the testimony of other government witnesses:

**Customs and Border Protection Inspectors**

1. Mark Halpin;
2. Robert Fisher;
3. Craig McPherson;
4. Jose Martinez-Lopez;
5. James Bailey;
6. Brian Murphy;

**Immigration and Customs Enforcement (ICE) Special Agents**

7. Christopher Diorio;
8. John Coleman;

9.  Brenda Nevano;

10. Peter Darling;

**ICE Task Force Agents**

11. Peter Pasciuco, Transit Police;

12. Mark Maron, MA State Police;

13. Thomas Quin, MA State Police (Sergeant);

**ICE Seized Property Specialist**

14. Bernard Navarro

**MA State Police**

15. David Fladger, MA State Police;

16. Thomas Coffee, MA State Police (Lieutenant);

17. Baldwin Leon, MA State Police;

**Drug Enforcement Administration Laboratory**

18. Jennifer Chu, Forensic Chemist;

19. Vicky Bailey, Laboratory Director;

**MA State Police Crime Laboratory**

20. Nancy W. Brooks, Chemist;

**Other Witnesses**

21. Cesar Mercedes, Puerto Rico;

22. Francisco Navarro, Puerto Rico;

23. Elvia Curiel, American Airlines, Boston

The government reserves the right to amend its Witness List.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                By:  */s/ Nancy Rue*
                     */s/ David G. Tobin*
                     NANCY RUE
                     DAVID G. TOBIN
                     Assistant U.S. Attorneys

Dated:  July 14, 2005