```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )    Criminal No. 04-10319-WGY
        v.                  )
                            )
NOEL HERNANDEZ,             )
        Defendant           )

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin and Nancy Rue, Assistant U.S. Attorneys, hereby submit a list of exhibits the government anticipates it will offer into evidence in the trial of the above-named defendant:

1.  Customs Form for Francisco Navarro;

2.  Customs Form for Cesar Mercedes;

3.  APS health card with handwritten phone number found with Navarro's possessions;

4.  Piece of paper with the handwritten name "Noel" and phone number found with Navarro's possessions;

5.  Taxi business card with handwritten phone number on back found with Navarro's possessions;

6.  Marriage License found with Navarro's possessions;

7.  Sammy Interiors-Exteriors Marine business card with handwritten address on back found with Navarro's possessions;

8.  Pronto money transfer receipt from June 25, 2004 found with Navarro's possessions;

9.  Noel Hernandez's drivers license (copy);

10. Slip of paper with handwritten phone number found with Hernandez's possessions;

11. Union Travel business card found with Hernandez's possessions;

12. Slip of paper with the handwritten name of a professor and Nagua written on it found with Hernandez's possessions;

13. Receipt of a money transfer to a person in Nagua found with Hernandez's possessions;

14. Union Travel envelope with travel documents found on Hernandez;

15. Dollar bill and cocaine found in Hernandez's wallet;

16. American Airlines card (copy) found with Hernandez's possessions;

17. Photo of Hernandez and another man shown to Navarro;

18. Photo of Hernandez;

19. Heroin recovered from sock hidden in Navarro's pants (including sock);

20. Heroin pellets smuggled inside Navarro's body;

21. Heroin pellets smuggled inside Mercedes's body;

22. Photographs of heroin pellets passed by Navarro and Mercedes;

23. Photographs of 1764 Webster Street, Bronx, NY;

24. Photographs of 230 Meridian Street, Boston, MA;

25. Telephone Toll records for Hernandez's phone;

26. Telephone subscriber records for Hernandez;

27. Telephone subscriber records for Madeline Rodriguez Rivera (Navarro's wife);

28. American Airlines PNR - pertaining to July 10-13, 2004 travel of Navarro and Mercedes;

29. Western Union records;

30. Customs and Border Protection log for Navarro;

31. Customs and Border protection log for Mercedes;

32. Spanish language newspaper article about Navarro's alleged assault by Puerto Rico police officers;

33. Union Travel, Lynn, MA records pertaining to Hernandez;

34. American Airlines records relating to Hernandez;

35. C.M.A. records pertaining to wire cash transfers by Hernandez to the Dominican republic, including Nagua;

36. Passport of Hernandez;

37. Passport of Navarro;

38. Passport of Mercedes;

39. U.S. Immigration records of Navarro.

The government reserves the right to amend its Exhibit List.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:  */s/ Nancy Rue*
                          */s/ David G. Tobin*
                          NANCY RUE
                          DAVID G. TOBIN
                          Assistant U.S. Attorneys

Dated: July 14, 2005