```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )   Criminal No. 04-10319-WGY
        v.                    )
                              )
NOEL HERNANDEZ,               )
        Defendant             )
```

## GOVERNMENT'S AMENDED WITNESS LIST

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and David G. Tobin and Nancy Rue, Assistant U.S. Attorneys, hereby submit an amended witness in the above-captioned case. The following individuals may be called by the United States in its case-in-chief or mentioned during the testimony of other government witnesses:

### Customs and Border Protection Inspectors

1. Mark Halpin;
2. Robert Fisher;
3. Craig McPherson;
4. Jose Martinez-Lopez;
5. James Bailey;
6. Brian Murphy;
7. Michael Sweeny;

### Immigration and Customs Enforcement (ICE) Special Agents

8. Christopher Diorio;
9. John Coleman;

10. Brenda Nevano;

11. Peter Darling;

**ICE Task Force Agents**

12. Peter Pasciuco, Transit Police;

13. Mark Maron, MA State Police;

14. Thomas Quin, MA State Police (Sergeant);

**ICE Seized Property Specialist**

15. Bernard Navarro

**MA State Police**

16. David Fladger, MA State Police;

17. Thomas Coffee, MA State Police (Lieutenant);

18. Baldwin Leon, MA State Police;

**Drug Enforcement Administration Laboratory**

19. Jennifer Chu, Forensic Chemist;

20. Vicky Bailey, Laboratory Director;

**MA State Police Crime Laboratory**

21. Nancy W. Brooks, Chemist;

**Other Witnesses**

22. Cesar Mercedes, Puerto Rico;

23. Francisco Navarro, Puerto Rico;

24. Elvia Curiel, American Airlines, Boston;

25. Don Rigby, Western Union, St. Charles, MO

The government reserves the right to amend its Witness List.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:  /s/ Nancy Rue
                          /s/ David G. Tobin
                          NANCY RUE
                          DAVID G. TOBIN
                          Assistant U.S. Attorneys

Dated:  July 15, 2005