## Proposed Instructions Regarding Conspiracy

To prove conspiracy, the government need only prove that the defendant had knowledge that he was dealing with a controlled substance, not that he had knowledge of the specific controlled substance.

United States v. Woods, 210 F.3d 70, 77 (1st Cir. 2000)

"The gist of a conspiracy is an agreement to disobey or to disregard the law."  United States v. Nelson-Rodriquez, 319 F.3d 12, 28 (1st Cir. 2003)(quoting United States v. Palmer, 203 F.3d 55, 63 (1st Cir. 2000)).

To prove conspiracy, the government need not prove that a co-conspirator knew all of the details of a plan or participated in all of the objectives of the plan.

United States v. Llinas, 373 F.3d 26, 30 (1st. Cir. 2004)