# United States District Court

DISTRICT OF _____

US v. Noel Hernandez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 04-10319

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Tobin, Rue | Horstmann |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 7-18-05 |  |  | Robert Fischer |
|  |  |  | A | 1 | Customs declaration form |
|  |  |  | B | ~~2~~ | notes of Fischer |
|  |  | 7-19-05 |  |  | Robert Fischer |
|  |  |  | C | 2 | drugs |
|  |  |  | D | 3 | photo of pellets |
|  |  |  | E | 4 | Mercedes passport |
|  |  |  | F | 5 | permanent resident card Mercedes |
|  |  |  |  |  | Mark Halpin |
|  |  |  | G | 6 | Custom declaration Navarro |
|  |  |  | H | 7 | Pellets of drugs |
|  |  |  | I | 8 | Passport of Navarro |
|  |  |  | J | 9 | Permanent resident card Navarro |
|  |  |  | K | 10 | 7/5/04 Mateo Express Trans. |
|  |  |  | L | ~~~~ | scrap of paper reading "Noe" and containing numb. |
|  |  |  | M | 11 | business card Sammy's Interiors |
|  |  |  |  |  | Jose Martinez Lopez |
|  |  |  | ~~#~~ |  | Christopher DiOrio |
|  |  |  | N | 12 | business card - Taxi Oficial de Turismo |
|  |  |  | O | 13 | envelope w/ ticket purchase info |
|  |  |  | P | 14 | Photo of 2 men |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

US vs. Noel Hernandez          CASE NO. CR 04-10319

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7-19-05 | Q | 15 | Items taken from Hernandez wallet (calling card, lic, etc) |
| | | | R | 16 | Photo Check Place outside |
| | | | S | 17 | " " " inside |
| | | | T | 18 | " Maverick Square, Boston |
| | | | U | 19 | Map of East Boston |
| | | 7-20-05 | V | 20 | American Airlines Travel Itinerary |
| | | | | 21A | AT&T Subscriber activity for 857-472-3142 |
| | | | AA | 22 | Phone Call list of 7/04 |
| | | | AB | 23 | Computer Print out of Bank Record |
| | | | AC | 24 | Marriage Certificate |
| | | | AD-E | 25 | Western Union Records |
| | | | AF | 26 | luggage and contents |
| | | | AG | 27 | Compilation of items seized from Navarro |
| | | | AH | 28 | taxi service business card |
| | | | AI | 29 | APS healthcare card |
| | | 7/20/05 | | 30 | Navarro, Francisco Navarro plea agreement |
| | | 7/21/05 | | | Francisco Navarro |
| | | | | 31 | photo of entrance to building |
| | | | | 32 | photo of 2 doors |
| | | | | 33 | photo of car wash |
| | | | AJ | 34 | Pronto envios document |
| | | 7/22/05 | | | Francisco Navarro |
| | | | | 35 | Suicide note in Spanish |
| | | | | 36 | Translation of #35 |
| | | | | | Cesar Mercedes |

Page ____ of ____ Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

US vs. Noel Hernandez    CASE NO. CR 04-10319

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/22/05 | AK | 37 | Mercedes plea agreement |
| | | 7/25/05 | | | Cesar Mercedes |
| | | | | 39 | Subscriber info |
| | | | | 40 | RMV records |
| | | | | 42 | business records Caribbean Airmail Inc. |
| | | | | 41 | travel documents – Union Travel |
| | | 7/25/05 | | | Elvia Curiel |
| | | | | | Anaeka Emery |
| | | | | d/c | excerpts of cell phone usage info |
| | | | | 43 | map of NY |
| | | | | | John Coleman (finished on 7/26) |
| | | 7/26/05 | | | Recall of Christopher Di Orio |
| | | | AL | 44 | Map of Webster Ave Bronx NY |
| | | | | 21B | excerpts of cell phone usage info |
| | | | | 45 | Passport of Hernandez |
| | | | AM | 46 | Map of Dominican Republic |
| | | | AN | 47 | chart of phone activity |
| | | | | | Garland Arnold |
| | | | | 48 | Translation of Committment Order, Navarro |