UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES of AMERICA )
                         )
        v.               )  CRIMINAL ACTION
                         )  NO.  04-10319-WGY
NOEL HERNANDEZ,          )
            Defendant.   )

## JURY VERDICT

1. On the charge of importation of heroin, we find Noel Hernandez

   \_\_\_\_\_ not guilty          \_✓\_ guilty

2. On the charge of conspiracy to import heroin, we find Noel Hernandez

   \_\_\_\_\_ not guilty          \_✓\_ guilty

3. There is attributable to Noel Hernandez

   __874 grams__ of heroin

   _____ at least 700 grams but less than 1 kilogram

   _____ at least 400 grams but less than 700 grams

   _____ at least 100 grams but less than 400 grams

   _____ at least 80 grams but less than 100 grams

   _____ at least 60 grams but less than 80 grams

   _____ at least 40 grams but less than 60 grams

   _____ at least 20 grams but less than 40 grams

   _____ at least 10 grams but less than 20 grams

   _____ at least 5 grams but less than 10 grams

   _____ Less than 5 grams

4. Was Noel Hernandez an organizer and manager of a criminal enterprise involving less than 5 people?

\_\_\_\_\_ no        \_\_✓\_\_ yes

_Catherine A. Bachini_
Forelady

Date: _July 27, 2005_