```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10319-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *   TRIAL TRANSCRIPT
     v.                             *      (Excerpts)
 7                                  *      (Volume 7)
     NOEL HERNANDEZ                 *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10
              BEFORE:  The Honorable William G. Young,
11                     District Judge, and a Jury

12

13

14   APPEARANCES:

15           DAVID TOBIN and NANCY RUE, Assistant United
     States Attorneys, 1 Courthouse Way, Suite 9200,
16   Boston, Massachusetts 02210, on behalf of the
     Government
17
             LAW OFFICES OF PARTRIDGE, ANKNER &
18   HORSTMANN, LLP (By Peter C. Horstmann, Esq.),
     200 Berkeley Street, 16th Floor, Boston,
19   Massachusetts 02116, on behalf of the Defendant

20           GABRIEL HADAD and DEBORAH HUACUJA, Court
     Interpreters
21

22

23
                                        1 Courthouse Way
24                                      Boston, Massachusetts

25                                      July 26, 2005
```