# PARTRIDGE, ANKNER & HORSTMANN, LLP

ATTORNEYS AT LAW
The Berkeley Building
200 Berkeley Street, 16th Floor
Boston, MA 02116

Telephone: (617) 859-9999
Facsimile: (617) 859-9998

Peter C. Horstmann
pete@horstmannlaw.com

October 19, 2005

**Filed Electronically**

The Honorable William G. Young
United States District Court for
the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 5710
Boston, MA 02210

    Re:   *United States v. Noel Hernandez*
            Criminal No.: 04 CR 10319 WGY

Dear Judge Young:

    Please accept this letter as a follow-up to the Sentencing Hearing, which was held yesterday in the above-referenced matter. I neglected yesterday to remind the Court of Mr. Hernandez's request for a judicial recommendation of Ft. Devens for him to serve his sentence, which was previously requested in the Defendant's Sentencing Memorandum. As the Court is aware from the PSR, Mr. Hernandez has young children and an elderly mother in the Lowell, Massachusetts area.

    Thank you for you consideration of this request.

                                  Respectfully submitted,

                                  Peter Charles Horstmann

PCH:fl
cc:    Nancy Rue, A.U.S.A.; Dave Tobin, A.U.S.A. (Electronically)