UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————
UNITED STATES                    )
                                 )
v.                               )
                                 )
                                 )          Criminal No.: 04 CR 10319 WGY
Noel Hernandez,                  )
                                 )
          Defendant.             )
———————————————)

## NOTICE OF APPEAL AND REQUEST TO WAIVE FILING FEE

NOW COMES the Defendant, Noel Hernandez, through counsel, and hereby gives notice

of his appeal from his Conviction and Sentence, which was imposed on October 18, 2005.  Mr.

Hernandez has already been found to be indigent by the Court and respectfully requests that the

filing fee be waived.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 27th day of October,
2005, a copy of the foregoing NOTICE OF APPEAL was served electronically upon Nancy Rue
and David Tobin, Assistant United States Attorneys, United States Attorney's Office, One
Courthouse Way, Suite 9200, Boston, MA 02210.

Peter Charles Horstmann